UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LEAGUE OF INDEPENDENT FITNESS FACILITIES AND TRAINERS, INC., BASELINE FITNESS LLC, BUILDING YOUR TEMPLE LLC, BYT FITNESS 247 LLC, CLAWSON FITNESS, LLC, CLINTON FITNESS, INC., D-LUX KARATE UNIVERSITY, LLC, FENTON ATHLETIC CLUB, INC., FENTON KARATE, LLC, FUSION FITNESS 24/7 LLC, H3 FITNESS LLC, I FITNESS PERSONAL TRAINING, INC., JKP FITNESS, LLC, JPF ENTERPRISES, LLC, M FITNESS CLUB, LLC, MH & AB LLC, MOTOR CITY CF – ST. CLAIR SHORES, LLC, NASCOT ENTERPRISES, LLC, PRISON CITY PHYSIQUE, LLC, FMP FITNESS INC., STRENGTH BEYOND LLC, 24/7 BOOTCAMP AND BOXING, INC., and 4 SEASONS GYM, LLC, | No. 20-cv-00458<br><br>HON. PAUL L. MALONEY<br><br>**DEFENDANTS' EMERGENCY MOTION FOR STAY PENDING APPEAL**<br><br>\*\*\*IMMEDIATE CONSIDERATION REQUESTED\*\*\* |
| Plaintiffs, | |
| v | |
| GRETCHEN E. WHITMER and ROBERT E. GORDON, | |
| Defendants. | |

| | |
|---|---|
| Scott M. Erskine (P54734) | John G. Fedynsky (P65232) |
| Carly Van Thomme (P59706) | Andrew J. Jurgensen (P81123) |
| Erskine Law, P.C. | Joseph T. Froehlich (P71887) |
| Attorneys for Plaintiffs | Joshua O. Booth (P53847) |
| 612 W. University | Christopher M. Allen (P75329) |
| Rochester, MI 48307 | Assistant Attorneys General |

1

| | |
|---|---|
| (248) 601-4499<br>serskine@erskinelaw.com<br>cvanthomme@erskinelaw.com | Attorneys for Defendants<br>Michigan Dep't of Attorney General<br>State Operations Division<br>P.O. Box 30754<br>Lansing, MI 48909<br>(517) 335-7573<br>fedynskyj@michigan.gov<br>jurgensena2@michigan.gov<br>froehlichj1@michigan.gov<br>boothj2@michigan.gov<br>allenc28@michigan.gov |

**DEFENDANTS WHITMER AND GORDON'S**
**EMERGENCY MOTION FOR STAY PENDING APPEAL**

Defendants Gretchen Whitmer and Robert Gordon, through counsel, move this Court under Fed. R. Civ. P. 65 to stay its preliminary injunction order pending appeal. In further support of this motion, Governor Whitmer and Director Gordon rely on the facts, law and argument more fully developed in the attached brief in support.

The undersigned certifies that on June 19, 2020, concurrence in the relief requested was sought from Plaintiffs' Counsel, which was denied.

Respectfully submitted,

Dana Nessel
Attorney General

*/s/ John G. Fedynsky*
John G. Fedynsky (P65232)
Assistant Attorney General
Attorney for Defendants Whitmer
and Gordon
Michigan Dep't of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573

2

                                                fedynskyj@michigan.gov

Dated:  June 19, 2020

## CERTIFICATE OF SERVICE

     I certify that on June 19, 2020, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record, and I certify that my secretary has mailed by U.S. Postal Service the papers to any non-ECF participant.

                                         */s/ John G. Fedynsky*
                                         John G. Fedynsky (P65232)
                                         Assistant Attorney General