# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 22, 2020

Mr. Scott M. Erskine
The Erskine Law Group
323 1/2 S. Main Street
Rochester, MI 48307

Mr. John G. Fedynsky
Office of the Attorney General
525 W. Ottawa Street
Second Floor
Lansing, MI 48909

                Re:  Case No. 20-1581, *League of Independent Fitness, et al v. Gretchen Whitmer, et al*
                     Originating Case No. : 1:20-cv-00458

Dear Counsel,

   This appeal has been docketed as case number **20-1581** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's Office by **July 6, 2020**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

               Appearance of Counsel
   Appellant:  Civil Appeal Statement of Parties & Issues
               Disclosure of Corporate Affiliations
               Application for Admission to 6th Circuit Bar (if applicable)

|            | Appearance of Counsel |
|------------|----------------------|
| Appellee:  | Disclosure of Corporate Affiliations |
|            | Application for Admission to 6th Circuit Bar (if applicable) |

    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's Office for assistance.

                Sincerely yours,

                s/Karen S. Fultz
                Case Manager
                Direct Dial No. 513-564-7036


Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 20-1581

LEAGUE OF INDEPENDENT FITNESS FACILITIES AND TRAINERS, INC.; BASELINE FITNESS, LLC; BUILDING YOUR TEMPLE, LLC; BYTFITNESS 247, LLC; H3 FITNESS, LLC; JKP FITNESS, LLC; JPF ENTERPRISES, LLC; NASCOT ENTERPRISES, LLC; 24/7 BOOTCAMP AND BOXING, INC.; FENTON ATHLETIC CLUB, INC.; 4 SEASONS GYM, LLC; MH & AB, LLC; FENTON KARATE, LLC; RMP FITNESS, INC.; FUSION FITNESS 24/7, LLC; D-LUX KARATE UNIVERSITY, LLC; PRISON CITY PHYSIQUE, LLC; MOTOR CITY CF ST. CLAIR SHORES, LLC; CLAWSON FITNESS, LLC; STRENGTH BEYOND, LLC; M FITNESS CLUB, LLC; CLINTON FITNESS, INC.; I FITNESS PERSONAL TRAINING, INC.

   Plaintiffs - Appellees

v.

GOVERNOR GRETCHEN WHITMER; ROBERT GORDON

   Defendants - Appellants