UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LEAGUE OF INDEPENDENT FITNESS FACILITIES AND TRAINERS, INC., et al., )<br>Plaintiffs, )<br>)<br>-v- )<br>)<br>GRETCHEN WHITMER and )<br>ROBERT GORDON, )<br>Defendants. )<br>) | No. 1:20-cv-458<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 66), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  March 3, 2021                                           /s/ Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              United States District Judge